SCANNED

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA

PRISONER COMPLAINT
[FOR INMATE ACTION] UNDER 42 U.S.C. § 1983

Brent Edward Martin
Name under which you were convicted

Z-746
Your prison number

vs.    A.DOC

CIVIL ACTION NO. 21-cv-230-KD
(To be supplied by Clerk of Court)

officer ZACHARY S. Hard
Name of Defendant(s)

Holman Prison O-15   Holman 3700 Atmore, Ala 36503
Place of Confinement and Address

## INSTRUCTIONS - READ CAREFULLY

A. **Complaint Form.** You must file your original complaint and a copy for each named Defendant. Your complaint must be clearly handwritten or typewritten. Do not use the back of a page. Your complaint must be signed by you; no notary is required. Any false statement of material fact may serve as the basis for prosecution for perjury.

B. **Proper Court.** Your complaint can only be brought in this Court if a defendant is located in the Southern District of Alabama and the rest of the defendants are located in Alabama or if your claim arose in this district. The Southern District of Alabama is comprised of the following counties: Baldwin, Clarke, Choctaw, Conecuh, Dallas, Escambia, Hale, Marengo, Mobile, Monroe, Perry, Washington, and Wilcox.

C. **Separate Case.** It is necessary to file a separate complaint form for each claim unless the claims are related to the same incident or issue.

D. **Defendants.** The persons who are listed as defendants in section III of the complaint are deemed by the Court to be the only defendants to this action. A defendant's present address must be provided. The Court is unable to serve process without the present address being furnished. The first defendant listed in section III should be the defendant that you list in the style of your case on your complaint form and motion to proceed without prepayment of fees and costs, if applicable, and any other pleading filed with the Court.

Rev. 8/1/15

A. Have you filed any other lawsuits in state or federal court dealing with the same or similar facts involved in this action:
   Yes ( )   No (X)

B. Have you filed other lawsuits in state or federal court relating to your imprisonment:
   Yes ( )   No (X)

C. If your answer to questions A or B above is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using this same outline.)

   1. Parties to this previous lawsuit:

   Plaintiffs: _____ NA _____

   Defendants: _____ NA _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____ NA

   4. Were you granted the opportunity to proceed without payment of filing fees?
   Yes ( )   No ( )

   5. Name of judge to whom the case was assigned: _____

   6. If your case is no longer pending and has been dismissed, state the reason given by the Court as to why your case was dismissed, i.e., frivolous, malicious, failed to state a claim, defendants were immune, etc.

   _____ NA _____

   7. Approximate date of filing lawsuit: _____

   8. Approximate date of ruling by court: _____

II. YOUR PRESENT COMPLAINT:

A. Place or institution where action complained of occurred: __Holman Correctional__

B. Date it occurred: __September 28, 2019__

C. Is there a prisoner grievance procedure in this institution? __no__

D. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes ( )   No (X)

E. If your answer is YES:

 1. What steps did you take? _____

 2. What was the result? _____

F. If your answer is NO, explain why not: __I have written our Warden numerous times and Received no Reply / Personally told me not to write Him.__

G. Your claim (briefly explain your claim: what, when, where, who; do not cite cases; you may, without leave of Court, add up to five (5) additional pages if necessary):

On September 28, 2019 Around 7:10 Pm I was Assaulted by death row Inmate Calvin McMillian with a Knife. I was headed to the shower. OFFicer ZACHARY S. Hard is Responsible For the Injuries I Received Due to his negligence And His Failure to Follow Standard Protocol Procedures. Officer Hard gave A crank Key to Another deathrow Inmate And Allowed that Inmate to open my Cells door H-24. the Inmates name is Twonne Towns. He lived In Cell H-19 at the time of my Assault and As of Now Still Presides In that cell. Calvin McMillian lives in H-20 cell and they are neighbors Still today. On 9/28/19 I lived in H-24 and my

4

cells door could not be opened electronically by the cubicle officer because the equipment is broken. To open up my cells door An Officer Has to First Unlock the emergency Box which is located At the Front of H-teir upstairs. Next Then the officer has to Pull a level which opens the slot above each cells door on H-teir. Finally that officer would have to come to my door with the crank Key and Place IT Inside of the opened slot and turn IT and my cell door will open. Video camera's are located at the Front and Back of each Teir Here on death row. My Assault was captured on video surveilance. On Sept-28, 2019 I was Inside of my cell H-24 waiting For an officer to unlock my door so that I could take a shower. Twoone town's Appeared and Began unlocking my door with the crank Key, I Exited my cell and Observed Town's giving the crank Key Back to Officer Hard. Officer Hard was standing At the emergency Box At the Front of H-teir upstairs. I Proceeded to walk up the Teir headed to the shower and when I came to cell-20 Calvin McMillian's cell, His door was Open. I Have no Idea why McMillian's door was open. Earlier In the week Before my Assault Me and McMillian Had an Heated Arguement. Both of us were taken to the shift commander's office For a meeting. Captain Smith a cert team Supervisor was Present. I Believe He is the warden Now at Donaldson

Page-2

Also Present was Lt. Brown a Female shift commander Here At Holman. It was determined that our dispute couldn't be solved and that one of US would have to Be moved. Until then we were not supposed to Have any contact during shower. We would be escorted by an officer each separately. I was escorted to the shower by myself on 9/26/19 by an Officer and McMillian was Also taken to the shower by an officer separately that night For a shower.

Standing there on 9/28/19 at McMillian's door I was Shocked that It was open And He Jumped Outside of His cell with a large Machete like Knife. I Ran to the back of H-teir grabbing A Standing Floor Fan with my left Hand Pulling it to the Floor. The Fallen Fan was temporarily Blocking the walkway upstairs and Officer Hard was Standing directly Behind McMillian Yelling For him to put down the Knife. Officer Hard did not use his pepper spray or Attempt in any way to help me. He did nothing and McMillian Advanced towards me Again avoiding the obstacle "Fan". I got slashed Across my Inside left wrist deeply. I then Attempted to take the Knife From McMillian by grabbing it. I was cut deep Across many Fingers on both hands. I Began dodging the large Knife that McMillian was swinging At me. Officer Hard stood back and did nothing. Finally a bunch of other officer's Appeared at the scene. McMillian then threw the Knife

Page-3

Inside of 26-cell. Officer Lee was one of the Responding officer's at the scene. McMillian was handcuffed and I was taken to Holman's Infirmary for treatment of my Injuries. Picture's were taken of my Injuries there. A Female doctor stitched up the cuts across my Fingers on my Right Hand. While the physician was working on me Officer Lee came to the Infirmary with the large knife McMillian used to Assault me. The Physician then stitched up the deep cut Across my Inside left wrist. I couldn't move one Finger on my left Hand so the doctor Informed me I'd have to Be taken outside the Prison to a Free world Hospital For treatment. I Had a cut tendon so the Doctor Here at Holman wrapped up my whole left Hand and I was taken Back to my cell. The next day 9/29/19 I was taken to USA Infirmary In Mobile Alabama and I got the fingers stitched up on my left hand. they did not touch one Finger I was told I'd have to have surgery to Re Attach the cut tendons two days later I had surgery to fix the one Finger I could not move. Officer Hard is Responsible for my Injuries and I could have lost my life Because of his negligence. Officer Hard Also wrote A displinary Report Against me the same night of my Assault HCF-19-01085 charging me with 501-Fighting without a weapon. He also wrote the same displinary against Calvin McMillian 501-fighting without a weapon. This is An Attempt to cover up

Page-4

my Assault. He did not write McMillian up for having and using the large Knife Against me. I was taken to disiplinary court about a week after my Attack. LT Calvin Banks was the hearing officer. Officer Hard testified that I threw no punches I Just dodged the Knife McMillian had. I was told I was not guilty at that time. I Finally Received a Final copy of the disiplinary the next year In the Month of May 2020 that's Filled with False Statements. I was taken to disiplinary court a week after my Assault and Officer Hard was present. LT. Calvin Banks is Attempting to hide the Fact a hearing was held by him. the Final copy I Received had False Facts stating I had Beaten the disiplinary due to a procedure violation. Officer Hard was transferred to Another Prison Fountain Correctional Facility Shortly after the Assault. I saw him here at Holman For the last time In early October 2019 at disiplinary Court. Death Row Inmate's Here still are Using the crank Key everyday to open cell door's "Hall Runners" I'm Asking this Honorable Court to preserve All video evidence of the date of my Assault Along with these date's Im Providing that show deathrow Inmate's Still opening my cell door. Since my Assault I have been on Single Walk Status - that means no Inmate is to come In contact with me. Officer's here at Holman violate the Rules daily. Im Allowed to Shower now on Monday, Wednesday and Friday morning's After 6 o'clock count. I live In 15 cell Now 0-teir

Page-5

| | |
|---|---|
| Sept-2, 2020 | November-6, 2020 |
| Sept-4, 2020 | November-9, 2020 |
| Sept-7, 2020 | November-13, 2020 |
| Sept-9, 2020 | November-18, 2020 |

| | |
|---|---|
| March-5, 2021 | April-19, 2021 |
| March-12, 2021 | April-23, 2021 |
| March-26, 2021 | April-30, 2021 |
| April-2, 2021 | |
| April-7, 2021 | |

I Have told WARden Rayburn about this ongoing Issue many times. Rayburn told me to stop sending him snitch notes. These Are All Facts I Keep a Journal thats Full of more dates. My criminal lawyers have spoken to Him numerous times About my safety. An Investigator From I and I came to talk to me about the Assault. I can't Remember His name or the date But It was shortly after I had Surgery. I Remember the Investigator told me Escambia county would not waste Any Resources Prosecuting McMillian. I Had to Be Helped when I was taking to our shift commander's office For the meeting. I was heavily medicated. There should be Records of Every thing that happen. I Ask this Honorable court to Help me get compensated by Apointing me Counsel.

III. PARTIES.

A. Plaintiff (Your name/AIS): Brent Edward Martin Z-746

Your present address: Holman 3700 Atmore, Alabama 36503

B. Defendant(s):

1. Defendant (full name) ZACHARY S. Hard is employed as corrections officer at Fountain Correctional Facility

   His/her present address is 9677 AL-21 Atmore, AL 36502

   (a) Claim against this defendant: Negligence / Failure to Aid or Assist / Attempt to cover up My Assault

   (b) Supporting facts (Include date/location of incident):

   9/28/19 officer Hard gave an Inmate a crank key to open my cell door on H-teir 24 cell around 7:15 PM. Officer Hard did not try to stop my Assault. Also wrote a disPlinary Against me Officer Hard did not charge McMilligan with Assaulting me or Possesion of the Knife He used 9/28/19

2. Defendant (full name) _____ is employed as _____

   at _____

   His/her present address is _____

   (a) Claim against this defendant: _____

   (b) Supporting facts (Include date/location of incident):

   _____

3. Defendant (full name) _____ is employed as _____

   at _____

   His/her present address is _____

5



(a) Claim against this defendant: _____

(b) Supporting facts (include date/location of incident): _____

C. <u>Additional Defendants</u>: (If there are additional defendants, you may list them on separate pages using the same outline above).

IV. A. You must answer the following questions:

1. State the conviction(s) for which you are presently incarcerated <u>Capital murder/Kidnapping 1st Capital murder of two or more Persons</u>

2. When were you convicted? <u>Aug-6, 2007</u>

3. What is the term of your sentence? <u>Death Sentence</u>

4. When did you start serving this sentence? <u>Sept-12, 2007</u>

5. Do you have any other convictions which form the basis of a future sentence?
Yes (✓)    No ( )

If so, complete the following:

(a) Date of conviction: <u>August-14, 2006</u>

(b) Term of sentence: <u>2 life sentences consecutively</u>

6. What is your expected end of sentence (E.O.S.) date? <u>None</u>

B. If this present lawsuit concerns your criminal conviction or sentence, state whether your conviction has been:

|  | Conviction | Sentence |
|---|---|---|
| Reversed | yes( ) no( ) | yes( ) no( ) |
| Expunged | yes( ) no( ) | yes( ) no( ) |
| Invalidated | yes( ) no( ) | yes( ) no( ) |

5

Writ of habeas yes( ) no( )      yes( ) no( )
corpus granted

C. If you answered yes to any of the questions, state the Court or entity that relieved you from your conviction or sentence and the date: _____
_____

V. State briefly exactly what you want the Court to do for you if you win (make no legal argument, cite no cases or statutes):

Im Asking this court to Appoint me An Attorney so that I can seek compensation For my Injuries and Pain and Suffering 500,000 dollar's and Issue an order to preserve the video evidence on the days Mentioned In my Complaint.

VI. AFFIRMATION. By my signature below, I swear or affirm under penalty of perjury that the facts set out in this complaint are true and correct.

5/7/21
Date

Brent Martin   Z-746
(Signature of Plaintiff Under Penalty of Perjury)

Holman 3700 / 0-15
Current Mailing Address

Atmore, Ala 36503

none
Telephone Number

PLAINTIFF SHALL IMMEDIATELY ADVISE THE COURT IN WRITING OF ANY CHANGE IN HIS ADDRESS, E.G., RELEASED, TRANSFERRED, MOVED, ETC. FAILURE TO NOTIFY THE COURT OF A NEW ADDRESS WILL RESULT IN THE DISMISSAL OF THIS ACTION FOR FAILURE TO PROSECUTE AND TO OBEY THE COURT'S ORDER.

7

Brent Martin Z-746
Holman 370.0/0-15
Atmore, AL 36503



c/o clerk of court

United States District Court
Southern District of Alabama
155 St. Joseph Street
Mobile, AL 36602