IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **BRENT EDWARD MARTIN, #Z-746,** | : |
| Plaintiff, | : |
| vs. | :   CIVIL ACTION 21-0230-KD-N |
| **ZACHARY S. HARD,** | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Report and Recommendation to which objection (doc. 30) is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 (b)(1)(B)(doc. 27) is **ADOPTED** as the opinion of this Court.

Accordingly, it is **ORDERED** that Plaintiff's claims against Lt. Darryl McMillian and Dr. Jared Burkett in the Amended Petition (Doc. 23, PageID.246) are **DENIED**;

It is further **ORDERED** that two new actions be opened with one action containing the claims against Lt. McMillian and the other action containing the claims against Dr. Burkett with a copy of the Amended Petition (Doc. 23), the Report and Recommendation (Doc. 27), and this Order docketed in each new action.

**DONE and ORDERED** this 2nd day of May 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE