IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRENT EDWARD MARTIN, | ) | |
| AIS # Z746, | ) | |
|    Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:21-00230-KD-N |
| | ) | |
| ZACHARY S. HARD, *Officer*, | ) | |
|    Defendant. | ) | |

## ORDER

The Court previously granted pre-approval for attorney Zachary Weaver, appointed counsel for Plaintiff Brent Edward Martin, to incur up to $225 in mileage expenses for the purpose of traveling round trip from his office in Mobile, Alabama, to Montgomery to conduct a Federal Rule of Civil Procedure 26(f) conference with opposing counsel, and to Holman Correctional Facility in Atmore for an initial client visit. (*See* Docs. 50, 52). Weaver has now filed a motion for reimbursement of $225 in mileage incurred on September 19, 2023, for the aforementioned purposes. (Doc. 53).

"The Special Attorney Admission Fund ('the Fund') [is] maintained by the Clerk to compensate appointed counsel in civil rights actions for reasonably incurred expenses authorized by prior order of the Judge to whom the action is assigned." S.D. Ala. CivLR 67.1(a). "Payments from the Fund require the order of the Chief District Judge or his/her designee, in an amount and with a priority determined by such District Judge in light of the condition of the Fund and any other pending or anticipated requests." S.D. Ala. CivLR 67.1(c). However, "[a]ll

requests for payment from the Fund shall first be submitted in writing to the Judge assigned to the action." S.D. Ala. CivLR 67.1(d). The assigned District Judge has referred the present motion to the undersigned Magistrate Judge for appropriate action. Upon due consideration, Weaver's motion for reimbursement of $225 in mileage expenses (Doc. 53), which the undersigned finds to have been reasonably incurred for purposes of litigating this action, is **GRANTED**.

The Clerk of Court is **DIRECTED** to refer this matter to Chief U.S. District Judge Jeffrey U. Beaverstock for final authorization of payment under S.D. Ala. CivLR 67.1(c).[1]

**DONE** and **ORDERED** this the **22nd** day of **September 2023**.

/s/ Katherine P. Nelson
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] See S.D. Ala. CivLR 67.1(d) ("If the request is approved, the assigned Judge's written authorization shall then be forwarded to the Chief Judge or his/her designee for action in accordance with subsection (c) above.").